FORM TO BE USED BY FEDERAL PRISONERS FOR FILING A PETITION FOR WRIT OF HABEAS CORPUS UNDER TITLE 28 U.S.C. § 2241

IN THE UNITED STATES DISTRICT COURT

FOR THE District of Boston, Massachusetts

James Gomes
Petitioner
Reg# 23823-038
P.O. Box 879
Ayer, MA, 01432

(Full name under which you were convicted;
Prison Number; Full Mailing Address).

04-40017

VS.                                                  CIVIL ACTION NO. _____

David L. Winn Warden
Respondent(s)
P.O. Box 879, Custodian
Ayer, MA, 01432

(Name of Warden or other authorized person
having custody of Petitioner).

PLEASE COMPLETE THE FOLLOWING. READ THE ENTIRE PETITION BEFORE FILLING IT OUT. ANSWER THOSE QUESTIONS WHICH PERTAIN TO YOUR TYPE OF CLAIM.

1. This petition concerns: (check appropriate blank)

_____ A conviction
_____ A sentence (**CAUTION:** If you are attacking a sentence imposed under a Federal Judgment, you must file a direct motion under 28 U.S.C. § 2255 in the Federal Court which entered the Judgment).
_____ Jail or prison conditions
___✓___ Prison discipline issue
_____ A parole problem
_____ Other. State briefly: _____

2. Place of detention: Federal Medical Center Devens

1

HAVE YOU FILED PREVIOUS PETITIONS FOR HABEAS CORPUS MOTION UNDER TITLE 28 U.S.C. § 2255, OR ANY APPLICATIONS, PETITONS OR MOTIONS WITH RESPECT TO THIS CONVICTION?

_____ Yes     __✓__ No

3. If your answer is "yes," give the following information:

a. Name of the Court: N/A

b. Nature of proceeding: N/A

c. Grounds raised: N/A

d. Result: N/A

e. Date of result: N/A

f. Citation or number of any written opinion or order entered pursuant to each such disposition: _____

4. If you did not file a motion under section 2255 of Title 28 U.S.C., or if you filed a motion and it was denied, state why your remedy by way of such motion is inadequate or ineffective to test the legality of your detention:

5. Does counsel presently represent you? _____ Yes __✓__ No

If so, Name address and phone number of counsel: N/A

6. Name and location of court, which imposed sentence: N/A

7. Indictment or case number, if known: _____ N/A _____

8. Offense or Offenses for which sentence was imposed: _____ N/A _____

9. Date upon which sentence was imposed and the term of the sentence: _____ N/A _____

10. When was a finding of guilt made? (Check one)
    _____ After a plea of guilty

    _____ After a plea of not guilty

    _____ After a plea of Nolo Contendre

11. If you were found guilty after a plea of not guilty, was that finding made by:
    _____ A jury

    _____ A judge without a jury

12. Did you appeal the judgment of the conviction or the imposition of a sentence? _____ Yes _____ No

13. If you did appeal, give the following information for each appeal:

a. Name of court: _____ N/A _____

b. Result: _____

c. Date of result: _____ N/A _____

d. Citation or number of opinion: _____

e. Grounds raised: (List each one) _____ N/A _____
_____
_____
_____
_____
_____

**NOTE: If you appealed more than once, attach an additional sheet of paper the same size, give all the information requested above in question number 13, a through e. DO NOT WRITE ON BACK OF PAGE.**

3

14. Summarize briefly the facts supporting each ground. If necessary attach a single page behind this page.

**CAUTION:** If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date.

a. Ground one: The D.H.O violated due process in not given the petitioner a fair hearing.

Supporting Facts: (Tell your story BRIEFLY without citing cases or law. You are CAUTIONED that you must state facts not conclusions, in support of your grounds. E.g., who did exactly what to violate your rights at what time or place).

Please see Sanction page 4. The Disciplinary officer D. Bracey, was prejudice in his fact finding when he made a statement that the petitioner has a "Clear chronological Disciplinary Record", when petitioner never had any incident report. The hearing was bias, prejudice, and denied the petitioner a fair hearing.

b. Ground Two: That there no way the evidence present could support the conviction, because the cells are open and unrestricted area.

Supporting Facts: The dormitory area is where the petitioner is housed according to the A&O hand book clearly allows inmate to "open and unrestricted access to my cubical" area could not be secure, there is no door. The weapon in question could have been put there by anybody.

Ground Three: The disciplinary officer violated sixth Amendment right to witness, because evidence was withheld during investigation period.

Supporting Facts: Mr Calabro the Unit Manger of ten statements from inmates given to the Special Investigation officers that stated there was an inmate was seen in my cubical directly prior to the shakedown. This evidence wasn't present to prove my innoccent

15. If this petition concerns jail or prison conditions, prison discipline, a parole problem or other cause under 28 U.S.C. § 2241, answer the following:

a. Did you present the facts in relation to your present complaint in the internal prison grievance procedure?

____✓____ Yes _____ No

(1) If your answer to "a" above is yes, what was the result? _I was denied at every stage of the Appeal BP-10 and BP-11_

(2) If your answer to "a" above is no, explain: _____

b. Did you present your claim to the Bureau of Prisons or other federal agency for administrative action?

____✓____ Yes _____ No

(1) If your answer is "yes," state the date such claim was submitted and what action, if any has been taken: _BP-10 Date 17, 2003 and denied Sept 17, 2003 by M.E. Ray Regional Director, Then BP-11 Sent to Central Officer Oct 10, 2003 Denied Dec 16, 2003 by Harrell Watts_

(2) If your claim has not been acted on, attach copies of any correspondence you have received from the Bureau of Prisons or other federal agency concerning you.

c. **STATEMENT OF CLAIM**: State here as briefly as possible the facts of your case. DO NOT give any legal arguments or cite any cases or any statutes. Attach extra pages of the same size to this page if more room is necessary. DO NOT write on the reverse side of this page.

_That 1. evidence of inmates that gave statement to the Investigating officers was withheld from my hearing. (2) The Disciplinary officer D. Brady was prejudice, bias before my hearing to have a fair hearing. (3) There is no way that I can be responsible for a weapon when it was not inside my locker, my bed or my foot box. Then I cannot be charge with a weapon that was find in a hole under a locker that any inmate could have put there. This is a open Dormitory._

5

**16. RELIEF:** state briefly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

That this Incident Report be vacated and my record be cleared of this act because I am a model inmate. That my rights be restored to be able to take direct toward my goal to go home. That my good time of 40 day be restored and my previledge be restored. If not it would be miscarriage of justice practice w this disciplinary issues I do not need a weapon of any kind. I pray that this honorable court could correct this injustice. If not it would be irreversable damage of Eighth Amendment Right to spend an extra 40 days in jail for not having an knowledge of a weapon in a hole under the cement locker v.

Signed on this the 23 day of January, 2004.

_James Homes_
Signature of petitioner

I DECLARE (OR CERTIFY, VERIFY OR STATE) THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE OR INFORMATION AND BELIEF AND THAT ANY FALSE STATEMENTS MADE THEREIN ARE MADE SUBJECT TO THE PENALTIES OF APPLICABLE LAWS RELATING TO UNSWORN FALSIFICATIONS TO AUTHORITIES.

Executed on: 01-23-, 2004.

_James Homes_
Signature of petitioner