```
              UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS

JAMES GOMES,                     )
          Petitioner,            )
     v.                          ) C.A. No. 04-40017-RGS
DAVID L. WINN,                   )
          Respondent.            )
```

### PROCEDURAL ORDER

For the reasons stated below, petitioner is directed to either pay the $5 filing fee for this action or submit an application to proceed without prepayment of fees with a certified prison account statement within 42 days of the date of this order.

### FACTS

On January 30, 2004, petitioner James Gomes, an inmate at FMC Devens, filed a petition for a writ of habeas corpus under Section 2254 challenging disciplinary proceedings that, among other things, resulted in a loss of good-time credits. Petitioner did not submit the $5 filing fee nor did he submit an application for waiver of the filing fee.

### ANALYSIS

A party filing a Section 2241 habeas corpus petition must either (1) pay the $5 filing fee for habeas corpus actions or (2) file an application to proceed without prepayment of fees. See 28 U.S.C. § 1914(a) (fees); § 1915 (proceedings in forma pauperis). An application for waiver of the filing fee must be accompanied by a document certifying the amount of funds on deposit to the

petitioner's credit at his institution of incarceration.  Rule 3(a) of the Rules Governing Section 2254 Cases (if petitioner desires to prosecute petition <u>in</u> <u>forma</u> <u>pauperis</u>, he shall file the affidavit required by § 1915 and a certified statement of amount of funds in prisoner's institutional account); Rule 1(b) (Rules governing Section 2254 cases may be applied to other habeas corpus applications at discretion of Court); <u>see</u> 28 U.S.C. § 1915(a)(2).  For the convenience of litigants, this Court provides a standardized form for fee waiver applications.  Because petitioner has not submitted a filing fee or an application to waive the filing fee, he shall be granted additional time to do so.

<u>CONCLUSION</u>

If petitioner wishes to proceed with this action, he shall, within 42 days of the date of this order, submit the $5 filing fee or an application to waive prepayment of the filing fee with a certified account statement for the 6-month period immediately preceding the filing of this petition or this action will be dismissed without prejudice for failure to pay the filing fee.

SO ORDERED.

Dated at Boston, Massachusetts, this <u>10th</u> day of <u>February</u>, 2004.

                                       s/ Richard G. Stearns
                                       RICHARD G. STEARNS
                                       UNITED STATES DISTRICT JUDGE