UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JAMES GOMES,
                Petitioner,

                                        Civil Action
       v.                           No. 04-40017-RGS

DAVID L. WINN,
                Respondent.

PROCEDURAL ORDER

    Now before the Court is Mr. Gomes's self-prepared petition for a writ of habeas corpus under 28 U.S.C. § 2241.  Accordingly,

    (1) the Clerk of Court is to serve a copy of the Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241, by certified mail, upon (i) the office of the United States Attorney and (ii) Warden David Winn, FMC Devens, P.O. Box 880, Ayer, MA  01432; AND

    (2) the Respondent shall, within 20 days of receipt of this Order, file an answer (or other responsive pleading) to the Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241.

SO ORDERED.


 2/10/04              s/ Richard G. Stearns
DATE                 UNITED STATES DISTRICT JUDGE