UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

JAMES GOMES,                          )
      Petitioner,                     )
                                      )
                                      )      Civil Action No.
v.                                    )      04-CV-40017-RGS
                                        )
DAVID WINN, WARDEN, FMC-DEVENS,        )
      Respondent.                     )

## MOTION TO EXTEND THE TIME FOR FILING AN ANSWER OR OTHER RESPONSIVE PLEADING UNDER FED.R.CIV.P. 12

Now comes the United States to request that the time to file a responsive motion or answer the plaintiff's petition be extended to April 12, 2004. As grounds therefore, the United States states that the petition was received by the United States Attorney's Office on February 12, 2004, along with an order directing the United States to answer within twenty days of the receipt of the order.

Recognizing the unique position of government defendants, the Federal Rules ordinarily grant the United States sixty days to answer or file a motion under Rule 12. Fed.R.Civ.P. 12(a)(3)(A).

The United States requests that the time for filing an answer or other responsive pleading be extended to April 12, 2004, so that the United States may have its customary sixty days to respond to the petition and on the grounds that such time is necessary to appropriately respond.

Wherefore, the United States respectfully requests that its motion be allowed.

By their attorneys,

MICHAEL J. SULLIVAN
United States Attorney


MARK J. GRADY
Assistant U.S. Attorney
U.S. Attorney's Office
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA   02210
Tel. No. (617) 748-3136

## CERTIFICATE UNDER L.R. 7.1

The respondent takes the position that L.R. 7.1 requires "counsel" to confer and is not applicable where, as here, the opposing party is *pro se*. Alternatively, because Petitioner is a prisoner currently incarcerated in a federal correctional facility, counsel for the Respondent respectfully requests leave to file this Motion without a 7.1 conference.


Mark J. Grady
Assistant United States Attorney

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that on this ___ day of February 2004 service of the foregoing Motion and Memorandum has been made upon the petitioner, James Gomes, #23823-038, Federal Medical Center-Devens, PO Box 879, Ayer, MA 01432 by depositing a copy in the United States mail, postage prepaid.


Mark J. Grady
Assistant United States Attorney