UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAMES GOMES,<br>    Petitioner,<br><br>v.<br><br>DAVID L. WINN, Warden,<br>    Respondent. | )<br>)<br>)<br>)   Civ. Action No. 04-40017-RGS<br>)<br>)<br>)<br>) |

## RESPONDENT'S MOTION FOR SUMMARY JUDGMENT

Now comes the Respondent, David Winn, pursuant to Fed. R. Civ. P. 56, to request that this Court enter summary judgment in favor of the Respondent. As grounds therefore, the Respondent states that the Petitioner was afforded due process and the sanction imposed was supported by some evidence.

In support of the motion, the Respondent submits the attached memorandum of law, exhibits and statement of uncontested facts.

Wherefore, the Respondent requests that the court enter summary judgment in favor of the Respondent.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

*/s/ Mark J. Grady*

MARK J. GRADY
Assistant U.S. Attorney
U.S. Attorney's Office
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA  02210
Tel. No. (617) 748-3136

### Certificate of Compliance with LR 7.1

The Respondent takes the position that L.R. 7.1 is not applicable where, as here, the opposing part is proceeding *pro se*. Alternatively, because Petitioner is a prisoner currently incarcerated in a federal correctional facility, counsel for the Respondent respectfully requests leave to file this Motion without a 7.1 conference.

Mark J. Grady
Assistant United States Attorney

### Certificate of Service

IT IS HEREBY CERTIFIED that on this 31 day of March 2004, service of the foregoing Motion has been made upon the following by depositing a copy in the United States mail, postage prepaid to, James Gomes, Reg#23823-038, Federal Medical Center- Devens, PO Box 879, Ayer, MA 01432.

Mark J. Grady
Assistant United States Attorney

2