UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-40017-RGS

JAMES GOMES

v.

DAVID L. WINN

ORDER ON RESPONDENT'S
MOTION FOR SUMMARY JUDGMENT

June 9, 2004

STEARNS, D.J.

The motion will be <u>ALLOWED</u> and the petition is ordered <u>DISMISSED</u> with prejudice. Petitioner has not controverted respondent's Statement of Undisputed Facts or filed an opposition to the motion for summary judgment. On review of the extant pleadings, I am satisfied that petitioner received the process to which he was entitled by Bureau of Prisons Regulations and that the finding of the Discipline Hearing Officer was supported by appropriate evidence.

SO ORDERED.

/s/ Richard G. Stearns

_____
UNITED STATES DISTRICT JUDGE