UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

JAMES GOMES

    V.                                       CIVIL ACTION NO. 04-40017-RGS

DAVID L. WINN

# ORDER OF DISMISSAL

**STEARNS, DJ.**                                                                        **JUNE 16, 2004**

IN ACCORDANCE WITH THIS COURT'S ORDER ON RESPONDENT'S MOTION FOR SUMMARY JUDGMENT ENTERED ON JUNE 9, 2004,

IT IS HEREBY ORDERED: THE ABOVE-CAPTIONED ACTION IS HEREBY DISMISSED WITH PREJUDICE.

SO ORDERED.

                                                  RICHARD G. STEARNS
                                                  UNITED STATES DISTRICT JUDGE

                BY:

                                      /s/ Deputy Clerk